UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────X
| | |
|---|---|
| **GOLD MEDAL PRODUCE, INC.,** } | Case No. **7:13- CV-8800-NSR** |
| } | **Judge ROMAN** |
| *Plaintiff,* } | |
| } | |
| v. } | **CLERK'S CERTIFICATE** |
| **YOUNG SIK JANG a/k/a "Yonkers",** } | |
| individually and d/b/a *Middle Town Farm* } | |
| and *Yonkers Farmers, NY, Inc.,* **MIDDLE** } | |
| **TOWN FARM, INC., and YONKERS** } | |
| **FARMERS NY, INC,** } | |
| } | |
| *Defendants.* } | |

──────────────────────────────X

    I, Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries of the above entitled action indicate that the Complaint in this action was filed on December 11, 2013 and the Summons was issued on said date, that Defendant **Yonkers Farmers NY, Inc.** was served with copies of the Summons and Complaint by Maria Schmitz on January 7, 2014 by service upon Tammy Alexander, an person designated by the Secretary of State of the State of New York to receive such service at the office of the Department of State in the City of Albany, NY. I further certify that the docket entries indicate that said Defendant has not filed an answer to the Complaint herein nor has it otherwise appeared or pled in response thereto, and that the time for Defendant **Yonkers Farmers NY, Inc.** to appear, plead, and answer the Complaint has expired.

    The Default of Defendant **Yonkers Farmers NY, Inc.** is herewith noted and certified and entry of such notation has been made on the case docket.

Dated: *April 4*, 2014

                                                    **RUBY J. KRAJICK**

                                                    , Clerk

                                                    By _____

                                                                    Deputy